# VOLUNTARY PETITION

| United States Bankruptcy Court<br>Northern District of Illinois | VOLUNTARY PETITION |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>KMART CORPORATION | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>38-0729500 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>3100 West Big Beaver Road<br>Troy, MI 48084 | Street Address of Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business:<br>Oakland | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor (if different from addresses listed above):

## INFORMATION REGARDING DEBTOR (Check the Applicable Boxes)

Venue (Check any applicable box)

- ☐ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

- ☐ Individual
- ☒ Corporation
- ☐ Partnership
- ☐ Other ____________
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker

**Chapter or Section of Bankruptcy Code Under Which the Petition Is Filed** (Check one box)

- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 13
- ☐ Chapter 9
- ☐ Chapter 12
- ☐ Sec. 304-Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)

- ☐ Consumer/Non-Business
- ☒ Business

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)

- ☐ Debtor is a small business as defined in 11 U.S.C. § 101.
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e). (optional)

Statistical/Administrative Information(Estimates only)

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1,000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

U.S. Bankruptcy Court
Northern District of Illinois
FILED: 01/22/02
Time: 8:02 a.m.
Debtor: KMART CORPORATION
Case #: 02-02474
Chapter 11 Rec# 324660
Judge Susan Pierson Sonderby



VOLUNTARY PETITION
*(This page must be completed and filed in every case)*

Name of Debtor(s):
KMART CORPORATION

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

Location Where Filed: None

Case Number:

Date Filed:

**Pending Bankruptcy Case Filed by Any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

Name of Debtor:
See Annex A

Case Number:

Date Filed:

District:

Relationship:

Judge:

## SIGNATURES

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

Signature of Debtor

X
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

Signature of Authorized Individual

Charles C. Conaway
Name of Authorized Individual

Chief Executive Officer
Title of Authorized Individual

January 22, 2002
Date

**Signature of Attorney**

Signature of Attorney for Debtor(s)

John Wm. Butler, Jr.
Printed Name of Attorney for Debtor(s)

Skadden, Arps, Slate, Meagher & Flom (Illinois)
Firm Name

333 W. Wacker Drive, Chicago, IL 60606
Address

(312) 407-0700
Telephone Number

January 22, 2002
Date

EXHIBIT A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☒ Exhibit A is attached and made a part of this petition.

EXHIBIT B

(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X
Signature of Attorney for Debtor(s) Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C.§ 156.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| KMART CORPORATION, a Michigan Corporation | |
| Debtor. | Case No. 02-_____ ( ) |

**Exhibit "A" to Voluntary Petition**

1. The Debtor's common stock is registered under section 12 of the Securities Exchange Act of 1934. The Debtor's SEC file number is 001-00327.

2. The following unaudited financial data is derived from the Debtor's books and records as of January 2, 2002, which are unaudited. The Debtor does not certify as to the accuracy of this information.

| | | |
|---|---|---|
| a. | Total assets | $16,287,000,000 |
| b. | Total debts (including debts listed in 2.c., below) | $10,348,000,000 |
| c. | Debt securities held by more than 500 holders | ** |
| d. | Number of shares of preferred stock: | 0 |
| e. | Number of shares common stock: | 498,416,655 (as of October 31, 2001) |

3. Brief description of debtor's business: Kmart Corporation is the nation's second largest discount retailer and the third largest general merchandise retailer. Kmart Corporation currently operates approximately 2,114 stores, primarily under the Big Kmart or Kmart Supercenter format, in all 50 United States, Puerto Rico, the U.S. Virgin Islands and Guam. Kmart Corporation's general merchandise retail operations are located in approximately 321 of the 331 Metropolitan Statistical Areas in the United States.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

   Barrow, Hannley, Mewhinney & Strauss
   Burkle, Ronald W.
   Dodge & Cox, Inc.
   FMR Corporation
   Vanguard Windsor Fund

Please note: The financial information contained herein is derived from unaudited sources. No certification as to its accuracy can be made.

---

** The following represent Kmart Corporation's outstanding publicly held securities: 8 3/8% Notes due December 1, 2004; 12-1/2% Debentures due March 1, 2005; 9.375% Notes due February 1, 2006; 8-1/8% Notes due December 1, 2006; 9-7/8% Notes due June 15, 2008; 7-3/4% Debentures due October 1, 2012; 8-1/4% Notes due January 1, 2002; 8-3/8% Debentures due July 1, 2022; 7.95% Debentures due February 1, 2023; and Medium Term Notes Series A, B, C, and D. Although the Debtor is unable to ascertain the actual number of current holders at this time, the notes are believed to be widely distributed. The aggregate amount of debt outstanding on these notes is $2,377,532,000.

## ANNEX A - AFFILIATED DEBTORS

On the date hereof, the following affiliated entities filed petitions for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois in the enumerated order[1]:

1. Kmart Corporation of Illinois, Inc.
2. Kmart of Indiana
3. Kmart of Pennsylvania LP
4. Kmart of Texas L.P.
5. Kmart of North Carolina LLC
6. Big Beaver of Florida Development, LLC
7. Bluelight.com LLC
8. Kmart Michigan Property Services, L.L.C.
9. TC Group I LLC
10. Troy CMBS Property, L.L.C.
11. Kmart Financing I
12. Kmart Corporation
13. Big Beaver Development Corporation
14. Big Beaver of Caguas Development Corporation
15. Big Beaver of Guaynabo Development Corporation
16. BlueLight.com, Inc.
17. Kmart Holdings, Inc.
18. Kmart of Amsterdam, NY Distribution Center, Inc.
19. Kmart Stores of Indiana, Inc.
20. Kmart of Michigan, Inc.
21. Kmart Stores of TNCP, Inc.
22. Kmart Overseas Corporation
23. JAF, Inc.
24. VTA, Inc.
25. Big Beaver of Caguas Development Corporation II
26. Big Beaver of Carolina Development Corporation
27. K mart Pharmacies, Inc.
28. Kmart Pharmacies of Minnesota, Inc.
29. Builders Square, Inc.
30. Kmart CMBS Financing, Inc.
31. K mart International Services, Inc.
32. PMB, Inc.
33. Sourcing & Technical Services Inc.
34. ILJ, Inc.
35. STI Merchandising, Inc.
36. KBL Holding Inc.
37. KLC, Inc.
38. S.F.P.R., Inc.

---

[1] Kmart Corporation of Illinois, Inc., an Illinois corporation, is the first to file its Chapter 11 case. Kmart Corporation of Illinois, Inc. is a wholly owned subsidiary of Kmart Corporation. In turn, Kmart Corporation either directly or indirectly wholly owns or controls the remaining debtor entities.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re | |
| | Chapter 11 |
| KMART CORPORATION, a Michigan Corporation | |
| | Case No. 02-_____ ( ) |
| Debtor. | |

**CONSOLIDATED LIST OF CREDITORS HOLDING 50 LARGEST UNSECURED CLAIMS**

Following is a consolidated list of creditors holding the 50 largest unsecured claims, as of approximately January 18, 2002. The list has been prepared on a consolidated basis, based upon the books and records of the debtor and certain affiliated entities that have contemporaneously commenced chapter 11 cases in this Court (collectively, the "Debtors"). The Debtors believe that this list is representative of the 50 largest creditors in each of the affiliated cases. The information presented in the list shall not constitute an admission by, nor is it binding on, the Debtors.[1]

The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 50 largest unsecured claims.[2]

---

1 The Debtors will file schedules of assets and liabilities (the "Schedules") in accordance with 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007. The information contained in the Schedules may differ from the information set forth below.

2 The Debtors have not yet identified which of the 50 largest unsecured claims, if any, are contingent, unliquidated, disputed and/or subject to setoff. The Debtors reserve the right to identify any of the 50 largest unsecured claims in their Schedules as contingent, unliquidated, disputed and/or subject to setoff, as appropriate.

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4) C U D S[1] | (5) AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| Bank of New York Trustee as trustee for 8 3/8% Notes due December 1, 2004; 12-1/2% Debentures due March 1, 2005; 9.375% Notes due February 1, 2006; 8-1/8% Notes due December 1, 2006; 9-7/8% Notes due June 15, 2008; 7-3/4% Debentures due October 1, 2012; 8-1/4% Notes due January 1, 2002; 8-3/8% Debentures due July 1, 2022; 7.95% Debentures due February 1, 2023; and Medium Term Notes Series A, B, C, and D. | Bank of New York Trustee<br>5 Penn Plaza<br>New York, NY 10119<br>Attn: Paul Schmazel<br>Phone: 212-896-7172<br>Fax: 212-896-7294 | Notes | | $2,377,532,000 |
| BankBoston, N.A. | BankBoston, N.A.<br>100 Federal Street<br>Boston, MA 02110<br>Attn: Kathleen Dimock<br>Phone: 617-434-3830<br>Fax: 617-434-6685 | Loan | | $119,910,000 |
| Chase II | Chase II<br>c/o Chase Manhattan Bank<br>1 Chase Manhattan Plaza<br>New York, NY 10081<br>Attn: Barry Bergman / Chase II<br>Phone: 212-270-0203<br>Fax: 212-270-5646 | Loan | | $117,775,000 |
| Bank of New York | Bank of New York<br>One Wall Street<br>8th Floor<br>New York, NY 10286<br>Attn: William Barnum<br>Phone: 212-635-1019<br>Fax: 212-635-1483 | Loan | | $104,470,000 |
| Credit Suisse First Boston | Credit Suisse First Boston<br>11 Madison Avenue<br>10th Floor<br>New York, NY 10010<br>Attn: Kristin Lepri / Credit Suisse First Boston<br>Phone: 212-325-9058<br>Fax: 212-325-8309 | Loan | | $83,198,000 |
| First Union National Bank | First Union National Bank<br>One South Penn Square<br>12th Floor<br>Widener Building<br>Philadelphia, PA 19107<br>Attn: Margaret J. Gibbons / First Union National Bank<br>Phone: 267-321-6613<br>Fax: 267-321-6700 | Loan | | $81,884,000 |
| Fleming Companies | Fleming Companies<br>1945 Lakepointe Dr.<br>PO Box 299013<br>Lewisville, TX 75029<br>Attn: Bill Marquard<br>Phone: 972-906-8860<br>Fax: 972-906-8424 | Trade | | $75,820,923 |

| | | | | |
|---|---|---|---|---|
| John Hancock Life Insurance Co. | John Hancock Life Insurance Co.<br>200 Clarendon St.<br>Boston, MA 02116<br>Attn: Roger G. Nastou<br>Phone: 617-572-6000<br>Fax: 617-572-1605 | Notes | | $72,674,000 |
| Bank One, NA | Bank One, NA<br>1 Bank One Plaza<br>Suite IL1-0086<br>Chicago, IL 60670<br>Attn: Debora K. Oberling / Bank One, NA<br>Phone: 312-732-4644<br>Fax: 312-336-4380 | Loan | | $65,704,000 |
| Handleman Co | Handleman Co<br>500 Kirts Blvd.<br>Troy, MI 48084<br>Attn: Steve Strome<br>Phone: 248-362-4400<br>Fax: 248-362-3615 | Trade | | $63,679,560 |
| Buena Vista Home Video | Buena Vista Home Video<br>139 Vista Dr.<br>Cannonsburg, PA 15317<br>Attn: Jim Davis<br>Phone: 724-746-5050 | Trade | | $56,275,198 |
| Comerica Bank | Comerica Bank<br>500 Woodward Avenue<br>P.O Box 75000<br>MC 3268<br>Detroit, MI 48275<br>Attn: Jennifer Pugliano / Comerica Bank<br>Phone: 313-222-9644<br>Fax: 313-222-9514 | Loan | | $53,631,000 |
| Bank of America | Bank of America<br>Jon Barnes<br>100 N Tryon Street<br>12th Floor<br>NC1-007-12-08<br>Charlotte, NC 28255<br>Attn: Jon Barnes / Bank of America<br>Phone: 704-387-4366<br>Fax: 704-409-0768 | Loan | | $44,925,000 |
| Nintendo of America Inc | Nintendo of America Inc<br>4820 150th Ave. NE<br>Redmond, WA 98052<br>Attn: Randy Peretzman<br>Phone: 425-861-2059<br>Fax: 425-882-3585 | Trade | | $44,913,692 |
| Mattel Toys | Mattel Toys<br>501 Meacham Blvd<br>Fort Worth, TX 76106<br>Attn: Tom Bonge<br>Phone: 310-252-6271<br>Fax: 817-302-3391 | Trade | | $44,120,598 |
| Key Bank National Association | Key Bank National Association<br>127 Public Square<br>6th Floor<br>Cleveland, OH 44114-1306<br>Attn: J T Taylor / Key Bank National Association<br>Phone: 216-689-3589<br>Fax: 216-689-4981 | Loan | | $38,930,000 |

| | | | | |
|---|---|---|---|---|
| Mellon Bank, N.A. | Mellon Bank, N.A.<br>One Mellon Bank Center<br>Room 4530<br>Pittsburgh, PA 15258-0001<br>Attn: Louis Flori / Mellon Bank, N.A.<br>Phone: 412-234-7298<br>Fax: 412-236-1914 | Loan | | $38,930,000 |
| Wells Fargo Bank | Wells Fargo Bank<br>230 West Monroe<br>Suite 2900<br>Chicago, IL 60606<br>Attn: Pete Martinets / Wells Fargo Bank<br>Phone: 312-845-8605<br>Fax: 312-553-4783 | Loan | | $38,930,000 |
| Prudential Securities Credit Corp. | Prudential Securities Credit Corp.<br>One New York Plaza<br>16th Floor<br>New York, NY 10292-2016<br>Attn: Jeffrey K. French / Prudential Securities Credit Corp<br>Phone: 212-778-1540<br>Fax: 212-778-2535 | Loan | | $37,205,000 |
| Sumitomo Mitsui Banking Corporation | Sumitomo Mitsui Banking Corporation<br>233 South Wacker Drive<br>Suite 4010<br>Chicago, IL 60606<br>Attn: John Kemper / Sumitomo Mitsui Banking Corporation<br>Phone: 312-876-7797<br>Fax: 312-876-6436 | Loan | | $37,205,000 |
| Teachers Insurance & Annuity Association-CREF | Teachers Insurance & Annuity Association-CREF<br>730 3rd Ave., Flr. 26<br>New York, NY 10017<br>Attn: Michael O'Kane<br>Phone: 212-490-9000<br>Fax: 212-916-6690 | Notes | | $36,158,000 |
| Mizuho Holdings Inc. | Mizuho Holdings Inc.<br>Marunouchi Center Bldg.<br>6-1 Marunouchi, 1-Chome<br>Chiyoda-ku, Tokyo 100-8240<br>Japan<br>Phone: 81-3-5224-1111<br>Fax: 81-3-3215-4616 | Loan | | $34,577,000 |
| Twentieth Century Fox Home Entertainment | Twentieth Century Fox Home Entertainment<br>P.O. Box 900<br>Beverly Hills, CA 90213<br>Attn: Mike Weetman<br>Phone: 310-369-1484<br>Fax: 310-369-4713 | Trade | | $34,219,742 |
| Bank of Scotland | Bank of Scotland<br>565 Fifth Avenue<br>5th Floor<br>New York, NY 10017<br>Attn: Karim McLean / Bank of Scotland<br>Phone: 212-450-0816<br>Fax: 212-682-5720 | Loan | | $32,852,000 |

| | | | | |
|---|---|---|---|---|
| Firstar Bank, N.A. | Firstar Bank, N.A.<br>Retail and Approval Division<br>Mail Code SL-TW-12MP<br>St. Louis, Missouri 63101<br>Attn: Tom Bayer / Firstar Bank, N.A.<br>Phone: 314-418-3993<br>Fax: 314-418-1963 | Loan | | $31,867,000 |
| Universal Music & Video | Universal Music & Video<br>10 Universal City Plaza, Suite 400<br>Universal City, CA 91608<br>Attn: Joe Flores<br>Phone: 818-777-4535<br>Fax: 818-866-1599 | Trade | | $30,750,077 |
| State of Wisconsin Investment Board-Intermed. Govt/Corp Fd. | State of Wisconsin Investment Board-Intermed. Govt/Corp Fd.<br>121 E. Wilson St.<br>Madison, WI 53703<br>Attn: Daryl Moe<br>Phone: 608-266-2381<br>Fax: 608-266-2436 | Notes | | $30,000,000 |
| Sara Lee Corp | Sara Lee Corp<br>P.O. Box 2760<br>Winston-Salem, NC 27102<br>Attn: John Piazza<br>Phone: 910-519-7592<br>Fax: 336-519-716 | Trade | | $28,382,838 |
| National City Bank, Columbus | National City Bank, Columbus<br>155 East Broad Street<br>Columbus, OH 43251-0019<br>Attn: Jeffrey L. Hawthorne / Ntl City Colum<br>Phone: 614-463-7298<br>Fax: 614-463-7191 | Loan | | $26,774,000 |
| Deutsche Bank AG | Deutsche Bank AG<br>31 West 52nd Street<br>New York, NY 10019<br>Attn: Alexander Karow / Deutsche Bank AG<br>Phone: 212-469-8532<br>Fax: 212-469-8212 | Loan | | $26,610,000 |
| Northwestern Mutual Series Fund (Balanced) | Northwestern Mutual Series Fund (Balanced)<br>720 E. Wisconsin Ave.<br>Milwaukee, WI 53202<br>Attn: Timothy S. Collins<br>Phone: 414-665-1444<br>Fax: 414-625-2639 | Notes | | $25,000,000 |
| Lehman Commercial Paper Inc. | Lehman Commercial Paper Inc.<br>Lehman Brothers Inc.<br>3 World Financial Center<br>11th Floor<br>New York, NY 10285<br>Attn: Michael O'Brien / Lehman Commercial Paper Inc.<br>Phone: 212-526-0437<br>Fax: 212-526-7691 | Loan | | $24,885,000 |
| Metropolitan Life Insurance Co. (New York, NY) | Metropolitan Life Insurance Co. (New York, NY)<br>1 Madison Ave.<br>New York, NY 10010<br>Attn: Thomas E. Lenihan<br>Phone: 973-254-3000<br>Fax: 973-254-3052 | Notes | | $23,800,000 |

| | | | | |
|---|---|---|---|---|
| Vanguard Total Bond Market Index Fund | Vanguard Total Bond Market Index Fund<br>100 Vanguard Blvd. #M32<br>Malvern, PA 19355<br>Attn: Felix B. Lim<br>Phone: 610-669-1000<br>Fax:610-669-6246 | Notes | | $23,500,000 |
| Combine International | Combine International<br>354 Indusco Court<br>Troy, MI 48083<br>Attn: Shrik Metha<br>Phone: 248-595-9900<br>Fax: 248-585-8641 | Trade | | $22,962,117 |
| Teacher Retirement System of Texas | Teacher Retirement System of Texas<br>1000 Red River St.<br>Austin, TX 78701<br>Attn: Herman Martina<br>Phone: 512-397-6400<br>Fax: 512-370-0568 | Notes | | $22,890,000 |
| Duracell International | Duracell International<br>Prudential Center 10th Floor<br>Boston, MA 02199<br>Attn: Don Hoeder<br>Phone: 800-544-0047<br>Fax: 617-421-7123 | Trade | | $22,886,461 |
| Michigan Natl Bank of Detroit | Michigan Natl Bank of Detroit<br>2600 W. Big Beaver<br>Troy, MI 48084<br>Attn: Jason W. Bierlein / Michigan Natl Bank of Detroit<br>Phone: 248-822-5702<br>Fax: 248-637-5003 | Loan | | $21,518,000 |
| Warner Home Video Div of Time | Warner Home Video Div of Time<br>4000 Warner Blvd.<br>Burbank, CA 91522<br>Attn: John Quinn<br>Phone: 818-954-6677<br>Fax: 818-954-6102 | Trade | | $21,013,625 |
| Transamerica Life Insurance & Annuity Co. S/A | Transamerica Life Insurance & Annuity Co. S/A<br>433 Edgewood Road NE<br>Cedar Rapids, IA 54499<br>Attn: Douglas Kolsrud<br>Phone: 319-363-5400<br>Fax: 319-369-2009 | Notes | | $20,750,000 |
| Eveready Battery Company Inc | Eveready Battery Company Inc<br>16401 Swingley Ridge Rd.<br>Chesterfield, MO 63017<br>Attn: Alicia Bryant<br>Phone: 800-323-8177<br>Fax: 314-733-4001 | Trade | | $20,002,598 |
| General Electric Lamp | General Electric Lamp<br>2300 Meijer Drive<br>Troy, MI 48084<br>Attn: Dave Dobson<br>Phone: 248-280-4885 | Trade | | $19,860,502 |

| | | | | |
|---|---|---|---|---|
| Fidelity High Income Fund | Fidelity High Income Fund<br>82 Devonshire<br>Boston, MA 02109<br>Attn: Matthew Conti<br>Phone: 617-563-7000<br>Fax: 617-570-0276 | Notes | | $19,572,000 |
| Loomis Sayles Bond Fund | Loomis Sayles Bond Fund<br>1 Financial Center, Flr. 34<br>Boston, MA 02111<br>Attn: Daniel J. Fuss<br>Phone: 617-482-2450<br>Fax: 617-482-2828 | Notes | | $19,190,000 |
| Principal Life Insurance Co. | Principal Life Insurance Co.<br>711 High St.<br>Des Moines, IA 50392<br>Attn: Richard W. Waugh<br>Phone: 515-247-5111<br>Fax: 515-248-2490 | Notes | | $19,000,000 |
| Fisher Price Inc Credit Dept | Fisher Price Inc Credit Dept<br>636 Girard Ave.<br>East Aurora, NY 14052<br>Attn: Jerry Cleary<br>Phone: 212-620-8369<br>Fax: 716-687-3476 | Trade | | $18,477,874 |
| Fidelity Asset Manager Fund (Aggrgtd) | Fidelity Asset Manager Fund (Aggrgtd)<br>82 Devonshire<br>Boston, MA 02109<br>Attn: Matthew Conti<br>Phone: 617-563-7000<br>Fax: 617-570-0276 | Notes | | $18,350,000 |
| Electronic Arts | Electronic Arts<br>209 Redwood Shores Parkway<br>Redwood City, CA 94065<br>Attn: Larry Probst<br>Phone: 650-628-1500<br>Fax: 650-628-1414 | Trade | | $18,203,561 |
| New York Life Insurance Co. | New York Life Insurance Co.<br>51 Madison Ave.<br>New York, NY 10010<br>Attn: Celia Holtzberg<br>Phone: 212-576-7000<br>Fax: 212-576-3418 | Notes | | $18,071,000 |
| Northwestern Mutual Life Insurance Co. | Northwestern Mutual Life Insurance Co.<br>720 E. Wisconsin Ave.<br>Milwaukee, WI 53202<br>Attn: Timothy S. Collins<br>Phone: 414-665-1444<br>Fax: 414-625-2639 | Notes | | $17,781,000 |

I, Charles C. Conaway, Chief Executive Officer of Kmart Corporation, declare under penalty of perjury that I have read the foregoing list and that it is true and correct as of January 22, 2002, to the best of my knowledge, information and belief.

Date: January 22, 2002

Signature:
Title: Chief Executive Officer
Charles C. Conaway

**CERTIFICATE OF SECRETARY AS TO RESOLUTIONS ADOPTED BY BOARD OF DIRECTORS OF KMART CORPORATION**

I, the undersigned, being duly elected as Secretary of Kmart Corporation, a Michigan corporation (the "Corporation"), do hereby certify that the following resolutions were duly adopted by the Board of Directors of the Corporation (the "Board") at a meeting of the Board held on January 21, 2002, and such resolutions have not been amended or rescinded and are now in full force and effect:

WHEREAS, the Corporation may choose to enter into a debtor-in-possession loan facility (the "DIP Facility") with one or more lenders to provide for loans and other financial accommodations to the Corporation in the aggregate principal amount not to exceed $2,000,000,000 which DIP Facility may be (i) guaranteed by one or more subsidiaries of the Corporation (the "Guarantors") and (ii) secured by liens on certain assets of the Corporation and the Guarantors and the proceeds thereof;

NOW THEREFORE BE IT RESOLVED, that, in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, stockholders, and other interested parties that a petition be filed by the Corporation seeking relief under the provisions of chapter 11 of title 11, United States Code (the "Bankruptcy Code");

FURTHER RESOLVED, that any officer of this Corporation, including, but not limited to, James B. Adamson, Charles C. Conaway, David Rots, Ronald Hutchison, John T. McDonald, Jr., Janet G. Kelley, James E. Defebaugh, Michelle H. Gluck and Alice Buckley or any person or persons so designated by the Board of Directors (collectively, the "Officers") be, and each hereby is, authorized and directed on behalf of this Corporation to execute and verify a petition in the name of the Corporation under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Illinois in such form and at such time as the Officer executing said petition on behalf of this Corporation shall determine;

FURTHER RESOLVED, that Ronald Hutchison is hereby appointed to serve as an Executive Vice President of the Corporation and as its Chief Restructuring Officer;

FURTHER RESOLVED, that the Officers or any one of them be, and each hereby is, authorized to execute and file or cause to be executed and filed (or direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all

petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all action which they deem necessary and proper in connection with the chapter 11 case;

FURTHER RESOLVED, that the law firm of Skadden, Arps, Slate, Meagher & Flom (Illinois), 333 West Wacker Drive, Chicago, Illinois 60606, and its affiliated partnerships, be, and hereby are, employed and retained as bankruptcy counsel for the Corporation in the chapter 11 case;

FURTHER RESOLVED, that Dresdner Kleinwort Wasserstein, Inc. be, and hereby is, employed and retained as investment banker for the Corporation in the chapter 11 case;

FURTHER RESOLVED, that Rockwood Gemini Advisors be, and hereby is, employed under and retained as real estate consultant for the Corporation in the chapter 11 case;

FURTHER RESOLVED, that the Trumbull Services L.L.C. be, and hereby is, employed and retained as claims and noticing agent for the Corporation in the chapter 11 case;

FURTHER RESOLVED, that Abacus Advisory & Consulting Corp. LLC be, and hereby is, employed and retained as an inventory disposition consultant for the Corporation in the chapter 11 case;

FURTHER RESOLVED, that PricewaterhouseCoopers LLP be, and hereby is, employed and retained as financial advisor to provide non-audit related services to the Corporation in the chapter 11 case and to provide audit and tax services under separate engagement as ordinary course professionals;

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by any Officers or any other officers of the Corporation to seek relief under chapter 11 of the Bankruptcy Code or in connection with the chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Corporation;

FURTHER RESOLVED, that the Corporation, as a debtor and debtor-in possession under chapter 11 of the Bankruptcy Code be, and hereby is, upon the determination of one or more Officers that it is appropriate and in the interests of the Corporation to procure the DIP Facility, authorized to borrow funds from a lender or lenders as any

Officer of the Corporation deems appropriate and to enter into and perform its obligations under the DIP Facility and all security documents, agreements, fee arrangements, certificates, instruments and documents referred to therein (collectively, the "DIP Documents");

FURTHER RESOLVED, that, in connection with the DIP Facility, each of the Officers is hereby authorized to negotiate, execute and deliver, in the name of the and on behalf of the Corporation as a debtor and debtor-in-possession under chapter 11 of the Bankruptcy Code, each of the DIP Documents in such form as such Officers(s) deems necessary, appropriate or advisable, the execution thereof by such Officer(s) to be conclusive evidence of the approval and authorization by the Corporation as a debtor and debtor-in-possession under chapter 11 of the Bankruptcy Code of the DIP Facility and the DIP Documents and to take such actions as they may deem to be necessary, appropriate or advisable in connection with the DIP Facility and the DIP Documents;

FURTHER RESOLVED, that in connection with the DIP Facility, the Corporation as a debtor and debtor-in-possession under chapter 11 of the Bankruptcy Code be, and hereby is, authorized to grant liens on such of the Corporation's assets as the Officers(s) may deem appropriate;

FURTHER RESOLVED, that all actions previously taken by an Officer or Officers in connection with the debtor-in-possession financing or any matter related thereto on behalf of the Corporation, are hereby adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Corporation;

FURTHER RESOLVED, that the Officers be, and each of them hereby is, authorized and empowered to execute and deliver for and on behalf of the Corporation, as a debtor and debtor-in-possession, such agreements, instruments and any and all other documents and amendments necessary or appropriate to facilitate the transactions contemplated by the foregoing resolutions, including, without limitation, any credit agreement, guarantee and/or security instrument containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Officer or Officers so acting;

FURTHER RESOLVED, that the Corporation as the majority stockholder, a partner, member, manager or sponsor, of each of the subsidiaries or trust listed on attached Schedule A (each a "Subsidiary" and collectively the "Subsidiaries"), hereby is authorized and empowered to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, consents, resolutions, documents, certificates and

undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable to cause each of the Subsidiaries to execute and verify a petition in the name of such Subsidiary under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Illinois in such form and at such time as the officer executing said petition on behalf of such Subsidiary shall determine;

FURTHER RESOLVED, that the Corporation as the majority stockholder, a partner, member or manager of each Subsidiary, hereby is authorized and empowered to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, consents, resolutions, documents, certificates and undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable to cause and authorize the Subsidiaries to guaranty the borrowing by the Corporation of funds from a lender or lenders as any Officer of the Corporation deems appropriate, and obtain the use of cash collateral in such amounts, from such lender or lenders and on such terms as may be approved by any one or more of the Officers as reasonably necessary for the continuing conduct of the affairs of the Corporation and the Subsidiaries, and each Subsidiary may grant security interests in and liens upon all or any portion of each Subsidiary's assets as may be deemed necessary by any one or more of the Officers in connection with such borrowings or the use of such cash collateral;

FURTHER RESOLVED, that the Officers of the Corporation be, and each of them, with full authority to act without the others, hereby is, authorized, in the name and on behalf of the Corporation, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions;

FURTHER RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Officers of the Corporation, each of the Officers of the Corporation be, and they hereby are, authorized and directed to take or cause to be taken all such further actions, to execute and deliver or cause to be executed and delivered all such further certificates, agreements, instruments and documents in the name and on behalf of the Corporation and to incur all such fees and expenses as in their judgment shall be necessary or advisable in order to carry out fully the intent and purposes of the foregoing resolutions and each of them;

FURTHER RESOLVED, that James E. Defebaugh is hereby elected to serve as an officer of the Corporation in the capacity of Secretary; and

FURTHER RESOLVED, that any actions taken by such Officers or any other officers of the Corporation prior to the date set forth below with respect to the matters contemplated by the foregoing resolutions are hereby ratified, confirmed and approved in all respects.

[SIGNATURE PAGE FOLLOWS]

IN WITNESS WHEREOF, the undersigned has signed this Certificate of Resolution as Secretary of the meeting on this 22nd day of January, 2002.

James E. Defebaugh
Secretary

**Schedule A**

**Subsidiaries**

Kmart Corporation of Illinois, Inc.
Kmart Financing I
Kmart of Indiana
Kmart of Pennsylvania LP
Kmart of Texas L.P.
Big Beaver Development Corporation
Big Beaver of Caguas Development Corporation
Big Beaver of Florida Development, LLC
Big Beaver of Guaynabo Development Corporation
Bluelight.com, LLC
Kmart Holdings, Inc.
Kmart Michigan Property Services, L.L.C.
Kmart of Amsterdam, NY Distribution Center, Inc.
Kmart Stores of Indiana, Inc.
Kmart of Michigan, Inc.
Kmart Stores of TNCP, Inc.
Kmart of North Carolina LLC
S.F.P.R., Inc.
TC Group I LLC
Troy CMBS Property, L.L.C.
Kmart Overseas Corporation
JAF, Inc.
Big Beaver of Caguas Development Corporation II
Big Beaver of Carolina Development Corporation
K mart Pharmacies, Inc.
Kmart Pharmacies of Minnesota, Inc.
Builders Square, Inc.
Kmart CMBS Financing, Inc.
K mart International Services, Inc.
PMB, Inc.
Sourcing & Technical Services Inc.
ILJ, Inc.
STI Merchandising, Inc.
KBL Holding Inc.
KLC, Inc.
VTA, Inc.
BlueLight.com, Inc.