**E O D**    JAN 2 2 2002

| | | |
|---|---|---|
| In re: | ) | Case No. *02 B 0 2 4 9 3* |
| | ) | Chapter 11 |
| STI MERCHANDISING, INC., | ) | Hon. _____ |
| | ) | **FILED** |
| Debtor. | ) | |
| | ) | JAN 2 2 2002 |
| | ) | |

-------------------------------------------------------------- ~~SUSAN PIERSON SONDERBY~~ **PIERSON SONDERBY**

| | | |
|---|---|---|
| In re: | ) | Case No. *02 B 0 2 4 9 4* ~~BANKRUPTCY JUDGE~~ **BANKRUPTCY JUDGE** |
| | ) | Chapter 11 |
| KBL HOLDING INC., | ) | Hon. _____ |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

--------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | Case No. *0 2 B 0 2 4 9 5* |
| | ) | Chapter 11 |
| KLC, INC., | ) | Hon. _____ |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

--------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | Case No. *02 B 02 4 9 9* |
| | ) | Chapter 11 |
| S.F.P.R., | ) | Hon. _____ |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

--------------------------------------------------------------

## APPLICATION FOR AN ORDER DIRECTING
## JOINT ADMINISTRATION OF CASES
## PURSUANT TO BANKRUPTCY RULE 1015(b)

Kmart Corporation ("Kmart") and 37 of its domestic subsidiaries and

affiliates (the "Affiliate Debtors"), debtors and debtors-in-possession in the above-



captioned cases (collectively, the "Debtors"), hereby apply (the "Application") to this Court for an order, pursuant to rule 1015(b) of the Federal Rules of Bankruptcy Procedure, providing for the joint administration of the Debtors' separate chapter 11 cases for procedural purposes only. In support of this Motion, the Debtors rely on the Affidavit of Charles C. Conaway, in Support of Chapter 11 Petitions and First Day Orders, sworn to on January 22, 2002. In further support of this Application, the Debtors respectfully represent as follows:

## BACKGROUND

A.   The Chapter 11 Filings

1.   On January 22, 2002 (the "Petition Date"), the Debtors filed a voluntary petition in this Court for reorganization relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1109 of the Bankruptcy Code. None of Kmart's international subsidiaries located outside of the United States have filed for reorganization or insolvency protection in any jurisdiction and each continues to operate in the ordinary course of business.

2.   No creditor's committee has yet been appointed in these cases. No trustee or examiner has been appointed.

3.   This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

4.    The statutory predicate for the relief requested herein is rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

B.    Background and Current Business Operations

5.    Kmart is ranked number 36 on Fortune's list of 500 companies and is a member of the Fortune Global 100.  It is the successor to the business developed by its founder, S.S. Kresge, who opened his first store in 1899. The first store using the Kmart name was opened in March 1962. Since that time, Kmart has become the nation's second largest discount retailer and the third largest general merchandise retailer.  Approximately 75% of the U.S. population shops at Kmart each year and about 85% of the U.S. population presently lives within 15 miles of a Kmart store.

6.    Kmart has approximately 240,525 associates worldwide and is one of the top twelve employers in the United States with approximately $5.2 billion in annual payroll and benefits.  Kmart has relationships with more than 4,000 vendors worldwide and is one of the country's largest purchasers of products.

7.    Kmart is focusing its merchandising and marketing approach on strengthening its brand positioning, pricing strategies, presentation and productivity to build customer loyalty and increase shopping frequency.  Kmart aims to become the destination for what moms value by being her authority for her home and kids.  It intends to do so by featuring popular national brands at competitive prices combined with new, distinct brands to differentiate itself in the marketplace.  Kmart is continually growing its exclusive private brand product offerings, which is highlighted by recent agreements with nationally recognized names, such as Joe Boxer, Disney and

an extended contract for the exclusive sale of Martha Stewart home and garden products. Other high quality private brand collections available exclusively at Kmart include: Jaclyn Smith, Route 66 apparel, as well as Thom McAnn shoes, White Westinghouse appliances, Penske automotive products and BestYet.

8.    Kmart currently operates approximately 2,114 stores, primarily under the Big Kmart or Kmart Supercenter format, in all 50 United States, Puerto Rico, the U.S. Virgin Islands and Guam. Kmart's general merchandise retail operations are located in approximately 321 of the 331 metropolitan statistical areas in the United States. Its stores are generally one-floor, free-standing units ranging in size from 40,000 to 190,000 square feet. Most of Kmart's store locations are leased from unrelated third parties and include more than 200 million square feet of commercial real estate. Kmart utilizes 14 hard-line and four soft-line distribution centers, totaling 23 million square feet of warehouse space and has a dedicated fleet of more than 600 tractors and 2,700 trailers.

9.    Kmart's principal equity investments consist of its 49% interest in substantially all of the Meldisco subsidiaries of Footstar, Inc., which operates the footwear departments in Kmart stores, and its 22% interest in Penske Auto Centers LLC. On August 1, 2001, Kmart completed its acquisition of BlueLight.com, Kmart's e-commerce subsidiary, in which Kmart held a 59% interest since its formation in December 1999. The acquisition will enable Kmart to further its e-commerce initiatives and become a strong player in the "bricks and clicks" domain.

10.     For the twelve months ended August 1, 2001, Kmart had consolidated

net sales of approximately $37 billion and EBITDA of $1.4 billion. As of the fiscal

quarter ended October 31, 2001, Kmart administered approximately $17 billion of

assets at book value and reported total liabilities of $11.3 billion.

C.     Events Leading to Chapter 11 Filing

11.     Notwithstanding the competitive initiatives Kmart is pursuing,

competition among discount retailers is fierce and both Wal-Mart and Target have

made significant inroads into Kmart's share of the retail discount market in recent

years. The Debtors' decision to commence chapter 11 reorganization cases was

based on a combination of factors, including a rapid decline in its liquidity resulting

from Kmart's below-plan sales and earnings performance in the fourth quarter of

2001, the evaporation of the surety bond market, and an erosion of supplier confi-

dence, as well as intense competition in the discount retailing industry, unsuccessful

sales and marketing initiatives, the continuing recession, and recent capital market

volatility.

12.     Notwithstanding the circumstances that contributed to the Debtors'

current liquidity and operational challenges, Kmart is an industry leader in discount

retailing. The Debtors have identified numerous opportunities available to them to

improve their operating performance and to realize significant cost savings. Specifi-

cally, the operational improvement plan includes enhancing the leadership team,

increasing oversight over the financial function, shedding already closed stores,

reorganizing the corporate structure, rationalizing SG&A and implementing opera-

tional improvements with a focus on customer service and efficiency. The Debtors also intend to close underperforming stores so that they can concentrate their efforts on those store locations that are expected to offer the best return for their stakeholders.

13.     As stated above, as of the commencement of these chapter 11 cases, Kmart had made significant progress in pursuing these objectives. At the same time it implements the operational improvements outlined above, Kmart intends to utilize the restructuring process to bring its debt leverage in line with its cash flow generating capability and industry norms. This should create financial flexibility for future operating requirements and capital expenditures and improve liquidity. The Debtors expect to emerge from chapter 11 having improved their operations and rationalized their capital structure. These restructuring efforts are designed to improve Kmart's profitability and solidify its position as a leading discount retailer. Consequently, the Debtors believe that the efforts they have taken and will undertake will return the most value to their stakeholders.

## RELIEF REQUESTED

14.     Bankruptcy Rule 1015(b) provides that, if two or more petitions are pending in the same court by or against a debtor and an affiliate, the court may order joint administration of the estates of the debtor and such affiliates. The Debtors in these proceedings include Kmart and 37 of its domestic subsidiaries and affiliates.

15.     As reflected in the corporate organization chart attached as Exhibit A to this Application, Kmart is the direct or indirect parent or owner of all of the

6

Affiliate Debtors, in whole or in part with other Affiliate Debtors. As such, the

Debtors and Affiliate Debtors are "affiliates" as that term is defined in Section 101(2)

of the Bankruptcy Code and as used in Bankruptcy Rule 1015(b). Thus, joint

administration of the Debtors' cases is appropriate under Bankruptcy Rule 1015(b).

16.     Moreover, the joint administration of the Debtors' chapter 11 cases

will permit the Clerk of the Court to use a single general docket for each of the

Debtors' cases and to combine notices to creditors and other parties-in-interest of the

Debtors' respective estates. Indeed, the Debtors anticipate that numerous notices,

applications, motions, other pleadings, hearings, and orders in these cases will affect

several of the Debtors.

17.     Joint administration will also save time and money and avoid duplica-

tive and potentially confusing filings by permitting counsel for all parties-in-interest

to (a) use a single caption on the numerous documents that will be served and filed

herein and (b) file the papers in one case rather than in multiple cases. Finally, joint

administration will protect parties-in-interest by ensuring that parties in each of the

Debtors' respective chapter 11 cases will be apprized of the various matters before

the Court in these cases.

18.     The rights of the respective creditors of each of the Debtors will not

be adversely affected by joint administration of these cases inasmuch as the relief

sought is purely procedural and is in no way intended to affect substantive rights.

Each creditor and other party in interest will maintain whatever rights it has against

the particular estate in which it allegedly has a claim or right.

7

19.    In furtherance of the foregoing, the Debtors request that the official

caption to be used by all parties in all pleadings in the jointly administered cases be

as follows:

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 02-B02 474 |
| KMART CORPORATION, et al., | ) (Jointly Administered) |
| | ) Chapter 11 |
| | ) Hon. Sonderby |
| Debtors. | ) |
| | ) |

20.    The Debtors submit that use of this simplified caption, without

reference to their respective states of incorporation and tax identification numbers,

will eliminate cumbersome and confusing procedures and ensure a uniformity of

pleading identification.

21.    The relief requested herein has been granted by this court in the past.

See, e.g., Comdisco, Inc., et al., Case No. 01-24795 (RB) (Bankr. N.D.Ill. July 18,

2001).

22.    No previous request for the relief sought in this Application has been

made to this Court or any other Court.

WHEREFORE, the Debtors respectfully request that the Court enter
an order (i) directing joint administration of these cases and (ii) granting such other
and further relief as is just and proper.

Dated: Chicago, Illinois                Respectfully Submitted,
      January 22, 2002


By:_____
John Wm. Butler, Jr. (ARDC No. 06209373)
J. Eric Ivester (ARDC No. 06215581)
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM (ILLINOIS)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606-1285
(312) 407-0501

Attorneys for Debtors and
  Debtors-in-Possession

Exhibit A

Corporate Organizational Chart

# Exhibit A

## Organization of Kmart Corporation
(Updated 1/21/02)

Kmart Corporation (MI)

PMB, Inc. (TX)

KLC, Inc. (TX)

Meldisco Corporations (Multiple Corporations)

Kmart of Amsterdam NY, Distribution Center, Inc.

Kmart Political Action Committee (MI)

Big Beaver Development Corp. (MI)

Burbank Joint Venture — 50%

Woodridge Joint Venture — 50%

Naples Joint Venture — 50%

Red Road Joint Venture — 50%

Big Beaver of Caguas Development Corp. (MI)

Big Beaver of Caguas II Development Corp. (MI)

Big Beaver of Carolina Development Corp. (MI)

Big Beaver Guaynabo Dev. Corp. (MI)

Plaza Guaynabo LP — 90%

Big Beaver of Florida Development, LLC (FL)

STI Merchandising (MI)

Media Momentum, Inc. (MI)

3016269 Nova Scotia Co. (CA) — 14.79%

Sourcing & Technical Services, Inc. (FL)

Kmart Corporation of Illinois, Inc. (IL)

Kmart International Services, Inc. (DE)

Kmart Pharmacies of Minnesota, Inc. (MN)

KM Holding Co. of Maryland (MD)

ILJ, Inc. (AK)

Builders Square, Inc. (DE)

KMPS LLC

Kmart Pharmacy, Inc.

The Coolidge Group LLC (MI)

### Legend
- ☐ Corporation
- ▢ Partnership
- ⋯ LCCLP - Corporation
- --- Branch Operation
- ▢ LLC - Disregarded Entity
- ⋯ CFC - Foreign Corporation

Kmart Stores of Indiana (MI)

Kmart of Indiana (IN) — 1%

Penske Auto Centers LLC — 1.00%

Kmart Stores of TNCP, Inc. (MI)

Kmart Stores of Texas LP (TX) — 99%

Penske Auto Centers LLC — 1.81%

Kmart of Pennsylvania LP (PA) — 99%

Penske Auto Centers LLC — 2.00%

Kmart of North Carolina LLC (NC) — 99%

Penske Auto Centers LLC — 1.25%

Kmart of Indiana (IN) — 99%

Penske Auto Centers LLC — 1.00%

Kmart Stores of Pennsylvania LP (PA) — 1%

Penske Auto Centers LLC — 2.00%

Kmart Stores of Texas LP (TX) — 1%

Penske Auto Centers LLC — 1.81%

Kmart of North Carolina LLC (NC) — 1%

Penske Auto Centers LLC — 1.25%

JAF, Inc. (DE)

VTA, Inc. (DE)

Trinidad & Tobago Branch / Aruba Branch

Worldwide Retail Exchange LLC — 5.00%

Penske Auto Centers LLC — 27.60%

Bluelight.com, Inc.

Bluelight.com LLC (DE) — 60%

Marin Access LLC (DE) — 40%

Kmart Holdings, Inc. (MI)

Troy CMBS LLC (MI) — 1%

Troy CMBS Property LLC (MI) — 99%

Kmart CMBS Financing, Inc. (DE)

Kmart of Michigan, Inc. (MI)

Penske Auto Centers LLC — 2.07%

KBL Holding, Inc.

S.S. Kresge Company (Australia) Pty. Ltd

S.F.P.R. (PR)

Kmart Far East, Ltd. (HK)

Philippines Branch Office
Shanghai Rep. Office
Bangladesh Branch Office
Indonesia Branch Office
Egypt Branch Office
Dubai Branch Office

Kmart Korea, Ltd. (KO)

Kmart Overseas Corporation (NV)

Kmart Taiwan, Ltd. (TW)

Thailand Rep. Office

Dominican Republic Branch

Kmart Apparel of P.R. (P.R.)

Note (1)  State or country of incorporation follows in parentheses.
Note (2)  Ownership equals 100% unless noted otherwise.

Copyright 2001 Kmart Corporation

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. _CZBC2 462_ |
| | ) | Chapter 11 |
| KMART CORPORATION OF ILLI-NOIS, INC. | ) | Hon. _Sonderby_ |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

---

| | | |
|---|---|---|
| In re: | ) | Case No. _C2 BO2 463_ |
| | ) | Chapter 11 |
| KMART OF INDIANA, | ) | Hon. _____ |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

---

| | | |
|---|---|---|
| In re: | ) | Case No. _C2 BO2 464_ |
| | ) | Chapter 11 |
| KMART OF PENNSYLVANIA LP, | ) | Hon. _____ |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

---

| | | |
|---|---|---|
| In re: | ) | Case No. _C2BO2 466_ |
| | ) | Chapter 11 |
| KMART OF TEXAS L.P., | ) | Hon. _____ |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

---

In re:                                    )        Case No. 02B02465
                                          )        Chapter 11
KMART OF NORTH CAROLINA                   )        Hon. _____
    LLC,                                  )
                                          )
    Debtor.                               )
                                          )

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In re:                                    )        Case No. 02B02468
                                          )        Chapter 11
BIG BEAVER OF FLORIDA DE-                 )        Hon. _____
VELOPMENT, LLC,                           )
                                          )
    Debtor.                               )
                                          )

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In re:                                    )        Case No. 02B02467
                                          )        Chapter 11
BLUELIGHT.COM LLC,                        )        Hon. _____
                                          )
    Debtor.                               )
                                          )
                                          )

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In re:                                    )        Case No. 02B02470
                                          )        Chapter 11
KMART MICHIGAN PROPERTY                   )        Hon. _____
    SERVICES, L.L.C.,                     )
                                          )
    Debtor.                               )
                                          )

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In re:                                    )    Case No. 02B02469
                                          )    Chapter 11
TC GROUP I LLC,                           )    Hon. _____
                                          )
   Debtor.                  )
                                          )
                                          )

---

In re:                                    )    Case No. 02B02472
                                          )    Chapter 11
TROY CMBS PROPERTY, L.L.C.,               )    Hon. _____
                                          )
   Debtor.                  )
                                          )
                                          )

---

In re:                                    )    Case No. 02B02471
                                          )    Chapter 11
KMART FINANCING I,                        )    Hon. _____
                                          )
   Debtor.                  )
                                          )
                                          )

---

In re:                                    )    Case No. 02B02474
                                          )    Chapter 11
KMART CORPORATION,                        )    Hon. _____
                                          )
   Debtor.                  )
                                          )
                                          )

---

| | | |
|---|---|---|
| In re: | ) | Case No. 02B02473 |
| | ) | Chapter 11 |
| BIG BEAVER DEVELOPMENT | ) | Hon. _____ |
| CORPORATION, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Case No. 02B02476 |
| | ) | Chapter 11 |
| BIG BEAVER OF CAGUAS DEVEL- | ) | Hon. _____ |
| OPMENT CORPORATION, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Case No. 02B02475 |
| | ) | Chapter 11 |
| BIG BEAVER OF GUAYNABO DE- | ) | Hon. _____ |
| VELOPMENT CORPORA- | ) | |
| TION, | ) | |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | Case No. 02B02477 |
| | ) | Chapter 11 |
| BLUELIGHT.COM, INC., | ) | Hon. _____ |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

In re:                                    )    Case No. 02B02478
                                          )    Chapter 11
KMART HOLDINGS, INC.,                     )    Hon. _____
                                          )
   Debtor.                 )
                                          )
                                          )
                                          )

---

In re:                                    )    Case No. 02B024799
                                          )    Chapter 11
KMART OF AMSTERDAM, NY                    )    Hon. _____
    DISTRIBUTION CENTER,  )
    INC.,                 )
                                          )
   Debtor.                 )

---

In re:                                    )    Case No. 02B02480
                                          )    Chapter 11
KMART STORES OF INDIANA,                  )    Hon. _____
    INC.,                 )
                                          )
   Debtor.                 )
                                          )

---

In re:                                    )    Case No. 02B02481
                                          )    Chapter 11
KMART OF MICHIGAN, INC.,                  )    Hon. _____
                                          )
   Debtor.                 )
                                          )
                                          )
                                          )

---

In re:                                    )      Case No. 02 B 02 482
                                          )      Chapter 11
KMART STORES OF TNCP, INC.,               )      Hon. _____
                                          )
    Debtor.                               )
                                          )
                                          )
                                          )

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In re:                                    )      Case No. 02 B 02 483
                                          )      Chapter 11
KMART OVERSEAS CORPORA-                   )      Hon. _____
TION,                                     )
                                          )
    Debtor.                               )
                                          )

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In re:                                    )      Case No. 02 B 02 484
                                          )      Chapter 11
JAF, INC.,                                )      Hon. _____
                                          )
    Debtor.                               )
                                          )
                                          )
                                          )

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In re:                                    )      Case No. 02 B 02 485
                                          )      Chapter 11
VTA, INC.,                                )      Hon. _____
                                          )
    Debtor.                               )
                                          )
                                          )
                                          )

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In re:                                     )       Case No. 02 B02486
                                           )       Chapter 11
BIG BEAVER OF CAGUAS DEVEL-                 )       Hon. _____
    OPMENT CORPORATION II,                  )
                                           )
    Debtor.                                 )
                                           )

--------------------------------------------------------------------

In re:                                     )       Case No. 02B02487
                                           )       Chapter 11
BIG BEAVER OF CAROLINA DE-                  )       Hon. _____
    VELOPMENT CORPORA-                       )
    TION,                                    )
                                           )
    Debtor.                                 )

--------------------------------------------------------------------

In re:                                     )       Case No. 02B02488
                                           )       Chapter 11
K MART PHARMACIES, INC.,                    )       Hon. _____
                                           )
    Debtor.                                 )
                                           )
                                           )

--------------------------------------------------------------------

In re:                                     )       Case No. 02 B02492
                                           )       Chapter 11
KMART PHARMACIES OF MINNE-                  )       Hon. _____
    SOTA, INC.,                              )
                                           )
    Debtor.                                 )
                                           )

--------------------------------------------------------------------

In re:

BUILDERS SQUARE, INC.,

    Debtor.

)
)
)
)
)
)
)

Case No. 02B02489

Chapter 11

Hon. _____

-------------------------------------------------------------------

In re:

KMART CMBS FINANCING, INC.,

    Debtor.

)
)
)
)
)
)
)

Case No. 02B02494

Chapter 11

Hon. _____

-------------------------------------------------------------------

In re:

K MART INTERNATIONAL SER-
    VICES, INC.,

    Debtor.

)
)
)
)
)
)
)

Case No. 02B02490

Chapter 11

Hon. _____

-------------------------------------------------------------------

In re:

PMB, INC.,

    Debtor.

)
)
)
)
)
)
)

Case No. 02B02496

Chapter 11

Hon. _____

-------------------------------------------------------------------

In re:

SOURCING & TECHNICAL SER-
VICES INC.,

  Debtor.

)
)
)
)
)
)
)
)

Case No. 02B02491
Chapter 11
Hon. _____

In re:

ILJ, INC.,

  Debtor.

)
)
)
)
)
)
)

Case No. 02B02497
Chapter 11
Hon. _____

In re:

STI MERCHANDISING, INC.,

  Debtor.

)
)
)
)
)
)
)

Case No. 02B02493
Chapter 11
Hon. _____

In re:

KBL HOLDING INC.,

  Debtor.

)
)
)
)
)
)
)

Case No. 02B02498
Chapter 11
Hon. _____

FILED

**IN THE UNITED STATES BANKRUPTCY COURT**    JAN 2 2 2002
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**    SUSAN PIERSON SONDERBY
CHIEF BANKRUPTCY JUDGE

| | | |
|---|---|---|
| In re: | ) | Case No. 02 B 02462 |
| | ) | Chapter 11 |
| KMART CORPORATION OF ILLI-NOIS, INC. | ) | Hon. Sonderby |
| | ) | |
| | ) | Hearing Date: _____ |
| Debtor. | ) | Hearing Time: _____ |
| | ) | |

-------------------------------------------

| | | |
|---|---|---|
| In re: | ) | Case No. 02 B 02463 |
| | ) | Chapter 11 |
| KMART OF INDIANA, | ) | Hon. _____ |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

-------------------------------------------

| | | |
|---|---|---|
| In re: | ) | Case No. 02 B 02464 |
| | ) | Chapter 11 |
| KMART OF PENNSYLVANIA LP, | ) | Hon. _____ |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

-------------------------------------------

| | | |
|---|---|---|
| In re: | ) | Case No. 02 B 02466 |
| | ) | Chapter 11 |
| KMART OF TEXAS L.P., | ) | Hon. _____ |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

-------------------------------------------

| | | |
|---|---|---|
| In re: | ) | Case No. _02B02465_ |
| | ) | Chapter 11 |
| KMART OF NORTH CAROLINA LLC, | ) | Hon. _Sonderby_ |
| | ) | |
| Debtor. | ) | |
| | ) | |

--------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | Case No. _02B02468_ |
| | ) | Chapter 11 |
| BIG BEAVER OF FLORIDA DE-VELOPMENT, LLC, | ) | Hon. _____ |
| | ) | |
| Debtor. | ) | |
| | ) | |

--------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | Case No. _02B02467_ |
| | ) | Chapter 11 |
| BLUELIGHT.COM LLC, | ) | Hon. _____ |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

--------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | Case No. _02B02470_ |
| | ) | Chapter 11 |
| KMART MICHIGAN PROPERTY SERVICES, L.L.C., | ) | Hon. _____ |
| | ) | |
| Debtor. | ) | |
| | ) | |

--------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | Case No. _02B02469_ |
| | ) | Chapter 11 |
| TC GROUP I LLC, | ) | Hon. _____ |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

--------------------------------------------------

In re:                                    )   Case No. 02 B 02472
                                          )   Chapter 11
TROY CMBS PROPERTY, L.L.C.,               )   Hon. _____
                                          )
    Debtor.                               )
                                          )
                                          )

---------------------------------------------------------------------

In re:                                    )   Case No. 02 B 02471
                                          )   Chapter 11
KMART FINANCING I,                        )   Hon. _____
                                          )
    Debtor.                               )
                                          )
                                          )

---------------------------------------------------------------------

In re:                                    )   Case No. 02 B 02474
                                          )   Chapter 11
KMART CORPORATION,                        )   Hon. _____
                                          )
    Debtor.                               )
                                          )
                                          )

---------------------------------------------------------------------

In re:                                    )   Case No. 02 B 02473
                                          )   Chapter 11
BIG BEAVER DEVELOPMENT                    )   Hon. _____
    CORPORATION,                          )
                                          )
    Debtor.                               )
                                          )

---------------------------------------------------------------------

In re:                                    )   Case No. 02 B 02476
                                          )   Chapter 11
BIG BEAVER OF CAGUAS DEVEL-               )   Hon. _____
    OPMENT CORPORATION,                   )
                                          )
    Debtor.                               )
                                          )

---------------------------------------------------------------------

In re:

BIG BEAVER OF GUAYNABO DE-
VELOPMENT CORPORA-
TION,

    Debtor.

)
)
)
)
)
)
)
)

Case No. _02B02475_
Chapter 11
Hon. _____

---

In re:

BLUELIGHT.COM, INC.,

    Debtor.

)
)
)
)
)
)
)

Case No. _02B02477_
Chapter 11
Hon. _____

---

In re:

KMART HOLDINGS, INC.,

    Debtor.

)
)
)
)
)
)
)

Case No. _02B02478_
Chapter 11
Hon. _____

---

In re:

KMART OF AMSTERDAM, NY
DISTRIBUTION CENTER,
INC.,

    Debtor.

)
)
)
)
)
)

Case No. _02B02479_
Chapter 11
Hon. _____

---

In re:

KMART STORES OF INDIANA,
INC.,

    Debtor.

)
)
)
)
)
)
)

Case No. _02B02480_
Chapter 11
Hon. _____

In re:                                    )    Case No. _02B02481_
                                          )    Chapter 11
KMART OF MICHIGAN, INC.,                   )    Hon. _____
                                          )
    Debtor.                               )
                                          )
                                          )

----------------------------------------------------------------

In re:                                    )    Case No. _02B02482_
                                          )    Chapter 11
KMART STORES OF TNCP, INC.,               )    Hon. _____
                                          )
    Debtor.                               )
                                          )
                                          )

----------------------------------------------------------------

In re:                                    )    Case No. _02B02483_
                                          )    Chapter 11
KMART OVERSEAS CORPORA-                    )    Hon. _____
        TION,                             )
                                          )
    Debtor.                               )
                                          )
                                          )

----------------------------------------------------------------

In re:                                    )    Case No. _02B02484_
                                          )    Chapter 11
JAF, INC.,                                )    Hon. _____
                                          )
    Debtor.                               )
                                          )
                                          )

----------------------------------------------------------------

In re:                                    )    Case No. _02B02485_
                                          )    Chapter 11
VTA, INC.,                                )    Hon. _____
                                          )
    Debtor.                               )
                                          )
                                          )

----------------------------------------------------------------

In re:                   )     Case No. _02B02486_

BIG BEAVER OF CAGUAS DEVEL-  )     Chapter 11
OPMENT CORPORATION II,    )     Hon. _____

Debtor.            )

---

In re:                 )     Case No. _02B02487_

BIG BEAVER OF CAROLINA DE-   )     Chapter 11
VELOPMENT CORPORA-     )     Hon. _____
TION,

Debtor.            )

---

In re:                 )     Case No. _02B02488_

K MART PHARMACIES, INC.,    )     Chapter 11
                         )     Hon. _____
Debtor.            )

---

In re:                 )     Case No. _02B02492_

KMART PHARMACIES OF MINNE-  )     Chapter 11
SOTA, INC.,          )     Hon. _____

Debtor.            )

---

In re:                 )     Case No. _02B02489_

BUILDERS SQUARE, INC.,      )     Chapter 11
                         )     Hon. _____
Debtor.            )

---

In re:                                    )    Case No. _02B0249⁴_
                                          )    Chapter 11
KMART CMBS FINANCING, INC.,               )    Hon. _____
                                          )
    Debtor.                               )
                                          )
                                          )
                                          )

---

In re:                                    )    Case No. _02B02490_
                                          )    Chapter 11
K MART INTERNATIONAL SER-                 )    Hon. _____
    VICES, INC.,                          )
                                          )
    Debtor.                               )
                                          )

---

In re:                                    )    Case No. _02B0249 96_
                                          )    Chapter 11
PMB, INC.,                                )    Hon. _____
                                          )
    Debtor.                               )
                                          )
                                          )
                                          )

---

In re:                                    )    Case No. _02B0249i_
                                          )    Chapter 11
SOURCING & TECHNICAL SER-                 )    Hon. _____
    VICES INC.,                           )
                                          )
    Debtor.                               )
                                          )
                                          )

---

In re:                                    )    Case No. _02B0249⁷_
                                          )    Chapter 11
ILJ, INC.,                                )    Hon. _____
                                          )
    Debtor.                               )
                                          )
                                          )
                                          )